**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEVEN SOAPER,

    Plaintiff,

vs.                                CASE NO.:  6:14-cv-986-Orl-28GJK

PAPA JOHN'S USA, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Steven Soaper, and Defendant, Papa John's USA, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of June, 2015.

| | |
|---|---|
| /s/ Jared M. Lee | /s/James M. Kloss |
| Jared M. Lee, Esquire | JAMES M. KLOSS |
| Morgan & Morgan, P.A. | Florida Bar No.: 503681 |
| 20 N.Orange Ave. | james.kloss@wilsonelser.com |
| Orlando, FL 32801 | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Tele: (407) 420-1414 | 111 North Orange Avenue, Suite 1200 |
| Fax: (407) 245-3485 | Orlando, FL 32801 |
| JLee@ForThePeople.com | T: (407) 203-7599 |
| Florida Bar#: 0052284 | F: (407) 648-1376 |
| Attorney for Plaintiff | Attorneys for Defendant |